No. 1244.   DELGADILLO v. DEL GUERCIO, DISTRICT DI-
RECTOR, IMMIGRATION AND NATURALIZATION SERVICE.
June 2, 1947.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Ninth Circuit granted.   A. L.
Wirin for petitioner.   Acting Solicitor General Washing-
ton, Robert S. Erdahl and Sheldon E. Bernstein for re-
spondent.

No. 1098.   SHAPIRO v. UNITED STATES.   June 2, 1947.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Second Circuit granted.   Menahem Stim
for petitioner.   Acting Solicitor General Washington for
the United States.

No. 1256.   COX v. UNITED STATES;
No. 1257.   THOMPSON v. UNITED STATES; and
No. 1258.   ROISUM v. UNITED STATES.   June 9, 1947.
Petitions for writs of certiorari to the Circuit Court
of Appeals for the Ninth Circuit granted.   Hayden C.
Covington for petitioners.   Acting Solicitor General
Washington, Robert S. Erdahl and Irving S. Shapiro for
the United States.   Reported below: 157 F. 2d 787.

No. 1024.   WADE v. MAYO, STATE PRISON CUSTODIAN.
June 9, 1947.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Fifth Circuit granted.   E. M.
Baynes for petitioner.   J. Tom Watson, Attorney General
of Florida, and Sumter Leitner, Assistant Attorney Gen-
eral, for respondent.

No. 836.   ALASKA JUNEAU GOLD MINING CO. v. ROB-
ERTSON ET AL.   See ante, p. 793.